IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP J. TAVERNA,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | Case No. 5:20-cv-0812-JDW |
| | : | |
| **PALMER TOWNSHIP,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this 30th day of December, 2020, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Motion For Judgment On The Pleadings Pursuant To Fed. R. Civ. P. 12(c) Filed On Behalf Of Defendant, Palmer Township (ECF No. 48), which the Court has treated as a summary judgment motion pursuant to its Order dated September 29, 2020 (ECF No. 50) is **GRANTED**;

2. Defendant Tuskes Homes, Inc.'s Motion For Summary Judgment Against Plaintiff's Complaint Pursuant To Federal Rule Of Civil Procedure 56 (ECF No. 56) is **GRANTED**;

3. Plaintiff Philip Taverna's Motion For To Amend Complaint [sic] (ECF No. 62) and Petition To Amend (ECF No. 63) are **DENIED**; and

4. The Motion To Dismiss Cross-Claim Of Defendant, Tuskes Homes Inc., Pursuant To Fed. R. Civ. P. 12(b)(6) Filed On Behalf Of Defendant, Palmer Township (ECF No. 54) is **DENIED** as **MOOT**.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**